THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PASQUALE VENDETTI, Appellant.

(Argued June 7, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Supreme Court, rendered December 14, 1914, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John Palmieri, Louis H. Pink* and *Samuel Wechsler* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* and *Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed, under section 542 of the Code of Criminal Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.